```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE F99-0027--CR (JMF)
                          "USA V JAVIER MORA-PEREZ"
                          DEF 1.1 MORA-PEREZ, JAVIER

        In public format, including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable James M. Fitzgerald, U.S. District Judge
     Magistrate Judge: The Honorable Thomas E. Fenton, U.S. Magistrate Judge
                Filed: 06/17/99
               Closed: 07/12/00
     No. of Defendants: 1
        MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
     Needs interpreter: YES
     Counsel of record: Richard W. Wright
                       Attorney at Law
                       250 Cushman Street, Ste 500
                       Fairbanks, AK 99701
                       907-451-8605
                       FAX 907-451-8607
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

     Counsel of record: Stephen Cooper
                       U.S. Attorney's Office
                       101 12th Avenue, Box 2
                       Fairbanks, AK 99701
                       907-456-0245
                       FAX 907-456-0577
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   Counts re: DEF 1.1 MORA-PEREZ, JAVIER
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:841(a)(1) POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Sentenced (58-1) |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE F99-0027--CR (JMF)
                          "USA V JAVIER MORA-PEREZ"

                     In public format, for all filing dates
```

Presiding Judge: The Honorable James M. Fitzgerald, U.S. District Judge
Magistrate Judge: The Honorable Thomas E. Fenton, U.S. Magistrate Judge
          Filed: 06/17/99
         Closed: 07/12/00
No. of Defendants: 1

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 06/17/99 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - | 1 | 06/24/99 | [Re: DEF 1] JDR Grand Jury Minutes. |
| 3 - | 1 | 06/24/99 | [Re: DEF 1] TEF Court Minutes [ECR: Kim Urr] from arr held 06/18/99: NG plea entered. cc:csl/FPO/USMS |
| 4 - | 1 | 06/29/99 | [Re: DEF 1] TEF Order regarding preparation for trial: Disc COnf 06/30/99 and PTM's due 07/12/99. cc:csl/FPO/USMS |
| 5 - | 1 | 06/30/99 | [Re: DEF 1] HRH Minute Order re TBJ set for 8/2/99 at 9:00 a.m. cc: USA, FPD, USM, USPO, Fairbanks JC, MJ Fenton, ECR, Finance |
| 6 - | 1 | 07/01/99 | [Re: DEF 1] HRH Order Appointing Y. Salazar-Hobrough Interpreter. cc: USA, FPD, MJ Fenton, Finance, Y. Salazar-Hobrough |
| 7 - | 1 | 07/12/99 | DEF 1 motion to suppress evidence w/att memo & aff of cnsl. |
| 8 - | 1 | 07/12/99 | [Re: DEF 1] PLF 1 Notice of discovery conf held 07/12/99. |
| 9 - | 1 | 07/20/99 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence w/att memo & aff of cnsl. (7-1) |
| 10 - | 1 | 07/22/99 | DEF 1 Unopposed Motion to continue trial w/att aff. |
| 10 - | 2 | 07/22/99 | DEF 1 Unopposed Motion for shortened time re 10-1 w/att aff. |
| 11 - | 1 | 07/23/99 | [Re: DEF 1] HRH Minute Order setting hearing re #10 for 7/23/99 at 2:30 pm in Anchorage (def to appear in court in Fairbanks). cc: USA, FPD, PTS, USM |
| 12 - | 1 | 07/23/99 | [Re: DEF 1] HRH Court Minutes [ECR: Bonnie Boyer] re Hrg on mot to continue TBJ #10 (hld 7/23/99); crt granted motion to continue trial; TBJ date set for 8/2/99 in Fairbanks is VACATED & RESET for 9/13/99 at 9:00 a.m. in Fairbanks. cc: USA, FPD, USM, USPO, MJ Fenton, Ida, Finance, Fairbanks clerk |
| 13 - | 1 | 07/26/99 | [Re: DEF 1] HRH Order grant unopposed motion for consideration on shortened time; grant unopposed motion to continue trial. TBJ set for 8/2/99 is VACATED and RESET for 9/13/99 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Fenton, Fairbanks Clerk |
| 14 - | 1 | 07/29/99 | PLF 1; DEF 1 Unopposed Motion for extension of time to reply to mot to suppres w/att aff. |
| 14 - | 2 | 07/29/99 | PLF 1; DEF 1 Unopposed Motion on shortened time re: unopposed mot for extension of time to reply to mot to suppress w/att aff. |
| 15 - | 1 | 08/02/99 | [Re: DEF 1] TEF Order granting unopposed motion on shortened time to file repy to PTM on 08/02/99. cc:csl/FPO/USMS |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F99-0027--CR (JMF)
"USA V JAVIER MORA-PEREZ"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 08/02/99 | DEF 1 reply to opposition to DEF 1 motion to suppress evidence (7-1) . |
| 17 - 1 | 08/05/99 | [Re: DEF 1] TEF Minute Order setting evidentiary hrg for 08/12/99 at 2:00 PM. cc:csl/FPO/USMS |
| 18 - 1 | 08/09/99 | DEF 1 motion to vacate evidentiary hearing. |
| 19 - 1 | 08/09/99 | {SEALED} |
| 20 - 1 | 08/09/99 | [Re: DEF 1] TEF Minute Order granting motion to vacate evidentiary hearing set for 08/12/99.  Evidentiary hrg will be reset at a later date. (18-1)  cc:csl/FPO/USMS |
| 21 - 1 | 08/11/99 | [Re: DEF 1] CJA appointment for Richard Wright. |
| 22 - 1 | 08/13/99 | [Re: DEF 1] TEF Minute Order setting status/scheduling conference for 08/19/99 at 2:00 PM. cc:csl/USPO/USM |
| 23 - 1 | 08/19/99 | [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] from Status Hearing held 08/19/99: FPD motion to withdraw and substitute Richard Wright is granted, Evidentiary hrg set for 08/30/99 at 2:30 PM. cc:cnsl/PO/USM?Judge Holland |
| 24 - 1 | 08/19/99 | DEF 1 Attorney Appearance by Richard Wright. |
| 25 - 1 | 08/27/99 | {SEALED} |
| 26 - 1 | 08/31/99 | [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] from Evidentiary Hrg held 08/30/99.  Matter taken under advisement. cc:cnsl/PO/USM |
| 27 - 1 | 09/03/99 | {SEALED} |
| 28 - 1 | 09/07/99 | Initial R&R re: DEF 1 motion to suppress evidence be denied. (7-1). Objections due 09/09/99 by noon. cc: cnsl PO, USM, Judge Holland. |
| 29 - 1 | 09/08/99 | [Re: DEF 1] HRH Minute Order setting status hearing for 9/9/99 at 8:30, parties may participate telephonically from Fairbanks courtroom. cc: USA, R. Wright, USM, PTS, Fairbanks Clerk |
| 30 - 1 | 09/09/99 | [Re: DEF 1] HRH Minute Order rescheduling TBJ from 9/13/99 to 10/4/99 at 9:00 a.m., in Fairbanks. cc: USA, R. Wright, PTS, USM, JC, MJ Fenton, Fairbanks Clerk, Interpreter, ECR |
| 31 - 1 | 09/09/99 | [Re: DEF 1] HRH Court Minutes [ECR: Jennifer Gamble] Status Conference [9/9/9] crt/cnsl hrd re: trial date; TBJ set for 9/13/99 is VACATED & RESET for 10/4/99 at 9am in FBX. cc: USA, Wright, USM, PO, FBX Clerk, MJ Fenton, JC, ECR |
| 32 - 1 | 09/20/99 | [Re: DEF 1] HRH Order denying motion to suppress evidence (7-1); if case will be concluded w/o trial, def to promptly file notice of intent to change plea.  cc: USA, R. Wright, USM, PO, MJ Fenton |
| 33 - 1 | 09/24/99 | DEF 1 Notice of Intent to change plea. |
| 34 - 1 | 09/28/99 | [Re: DEF 1] HRH Minute Order that this matter had been set for TBJ on 10/04/99 before Judge Holland, at Fairbanks; matter is now rescheduled for a PCOP on 10/01/99 at 11:15 at Fairbanks. cc:USA, R. Wright, USM, PO, Fairbanks Clerk, MJ Fenton |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F99-0027--CR (JMF)
                               "USA V JAVIER MORA-PEREZ"

                          In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 35 - | 1 | 09/30/99 | {SEALED} |
| 36 - | 1 | 10/05/99 | [Re: DEF 1] HRH Court Minutes [ECR: Pam Wertz] from COP held 10/01/99: Def changed plea to guilty, IOS set for 12/02/99 at 11:00 AM in Fairbanks. cc:cnsl/PO/USM |
| 38 - | 1 | 11/08/99 | {SEALED} |
| 37 - | 1 | 11/10/99 | [Re: DEF 1] HRH Minute Order reassigning case to Judge Fitzgerald by agreement of the judges. cc: USA, R. Wright, USM, PO, MJ Fenton, Fairbanks Clerk |
| 39 - | 1 | 11/22/99 | {SEALED} |
| 40 - | 1 | 11/23/99 | PLF 1 Sentencing Memorandum. |
| 41 - | 1 | 11/29/99 | DEF 1 motion to continue sentencing for at least 30 days. |
| 42 - | 1 | 11/29/99 | [Re: DEF 1] HRH Order denying motion to continue sentencing (41-1). cc: USA, R. Wright |
| 43 - | 1 | 12/08/99 | {SEALED} |
| 44 - | 1 | 12/09/99 | [Re: DEF 1] HRH Minute Order setting IOS in Anchorage before Judge Holland for 2/10/00 at 8:30. cc: USA, USM, PO, R. Wright, Judge Fitzgerald (t/c notified C. Thompson) |
| 45 - | 1 | 01/27/00 | DEF 1 motion (ex parte) for travel expenses w/proposed order. |
| 45 - | 2 | 01/27/00 | [Re: DEF 1] TEF Order granting motion for travel expenses (45-1) |
| 46 - | 1 | 02/07/00 | PLF 1; DEF 1 Stipulation to extend sentencing scheduled for 02/10/00 to 03/10/00 or convenient date thereafter. |
| 47 - | 1 | 02/08/00 | {SEALED} |
| 48 - | 1 | 02/08/00 | [Re: DEF 1] HRH Minute Order setting telephonic status conference for 2/8/00 at 4:30 in chambers. cc: USA, R. Wright |
| 49 - | 1 | 02/09/00 | [Re: DEF 1] HRH Order vacating 2/10/00 IOS; to be reset after trial in US v Lillie, A99-147CR (JWS), currently set for 3/2/00. cc: USA, USM, PO, R. Wright, Judge Fitzgerald |
| 50 - | 1 | 04/25/00 | [Re: DEF 1] HRH Minute Order setting IOS for 5/15/00 at 2:30 in Fairbanks. cc: USA, R. Wright, USM, PO, MJ Fenton, Judge Fitzgerald |
| 51 - | 1 | 04/27/00 | [Re: DEF 1] PLF 1 Stipulation that the sentence date of 5/15/00 be tentative until 5/2/00 in order to determine whether USA v. Cuevas will or will not be set for trial. |
| 52 - | 1 | 05/05/00 | PLF 1; DEF 1 Stipulation to extend IOS date from 05/15/00 to a time after trial in Cuevas is held. |
| 53 - | 1 | 05/10/00 | [Re: DEF 1] HRH Minute Order granting stip at #52; IOS vacated, to be reset after TBJ in A99-147CR re: def Cuevas. cc: USA, R. Wright, USM, PTS, Judge Fitzgerald |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE F99-0027--CR (JMF)
                  "USA V JAVIER MORA-PEREZ"

              In public format, for all filing dates
```

| Document # | Filed | Docket text |
| --- | --- | --- |
| 54 - 1 | 06/30/00 | [Re: DEF 1] JMF Minute Order setting IOS for 7/10/00 at 11:00, in Fairbanks. cc: USA, USM, PO, R. Wright |
| 55 - 1 | 07/06/00 | [Re: DEF 1] JMF Minute Order resetting IOS for Anchorage, 7/10/00 at 11:00 am. cc: USA, USM, PO, R. Wright |
| 56 - 1 | 07/07/00 | DEF 1 motion (ex parte) and memorandum for travel expenses to attend IOS in Anchorage. |
| 56 - 2 | 07/07/00 | [Re: DEF 1] JMF Order granting motion and memorandum for travel expenses (56-1). cc: R. Wright, FPD (CJA Clerk) |
| 57 - 1 | 07/10/00 | [Re: DEF 1] JMF Court Minutes [ECR: Roy Van Hollebeke] re IOS (held 7/10/00); sent 108 mos; SR 60 mos; SA $100; Case caption to reflect def's corrected spelling of his name: Javier Mora-Perez; crt cont apptmnt of Mr. Wright as CJA cnsl; def remanded to custody of USM. |
| 58 - 1 | 07/12/00 | [Re: DEF 1] JMF Judgment pleaded guilty to count(s) 1 of the Indictment (1-1), Sent 108 mos; SR 60 mos; SA $100. cc: USA, R. Wright, USM, USPO, MJ Fenton, USM, USPO, FLU, J. Mora-Perez w/cnsls cy |
| 59 - 1 | 07/18/00 | DEF 1 appeal to 9CCA of (58-1) filed 07/12/00. cc:cnsl, Judge, 9CCA. |
| 60 - 1 | 07/18/00 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (59-1) cc:cnsl w appeal packet |
| NOTE - 1 | 07/19/00 | Transmittal: Forwarded notice of appeal (59-1) to 9CCA. (81377378050) |
| 61 - 1 | 07/21/00 | DEF 1 memorandum for extraordinary compensation. |
| 62 - 1 | 08/09/00 | [Re: DEF 1] Partial Transcript re: IOS held 7/10/00. |
| 63 - 1 | 08/24/00 | DEF 1 Transcript Designation/Order Form. cc:9CCA, ECR. |
| 64 - 1 | 09/14/00 | USM Return of judgment on 8/30/00 to FCI Elkton, OH. |
| 65 - 1 | 09/22/00 | {SEALED} |
| 66 - 1 | 09/22/00 | [Re: DEF 1] Partial transcript re: IOS held 12/02/99. |
| 67 - 1 | 10/20/00 | [Re: DEF 1] cy 9CCA Certificate of Record. (59-1) cc: cnsl |
| 68 - 1 | 10/01/01 | [Re: DEF 1] 9CCA Judgment Order re: notice of appeal (59-1) that the district court's decision is affirmed. |
| 69 - 1 | 11/02/01 | Return of executed trial subpoenas. |