**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

| U. S. Immigration and Naturalization<br>1240 E. 9th Street Room 1917<br>Cleveland OH 44199-2085<br>ATTENTION INVESTIGATIONS | Federal Correction Institution Elkton<br>P.O.Box 89<br>Elkton, OH 44415<br>(330) 424-7448 |
| --- | --- |
| | **September 13, 2000** |
| **Ref:**<br>Possible Detainer | **Inmate name:**<br>Mora-Perez, Javier | **Reg. No. 13130-006**<br>DOB:08-23-1965<br>INS: unknown |

The below checked paragraph relates to the above named inmate:

(XX)   This office is in receipt of the following report: **The Federal PSI indicates that he is was born in Mexico to the union of Jose Mora and Liduvina Perez.**   If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a **certified copy** of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer, or indicate you have no further interest in subject.

( )   A detainer has been filed against this subject in your favor charging him with   Release from FCI Elkton is tentatively scheduled for, however, we will again notify you approximately 60 days prior to actual release.

( )   Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

( )   Your detainer has been removed on the basis of the attached . Notify this office immediately if you do not concur with this action.

( )   Your detainer dated   requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is .

( )   I am returning your   on the above named inmate who was committed to this institution on   to serve   for the offense of . If you wish your   filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

( )   The above named inmate has been received at FCI Elkton. Your detainer/notification request has been forwarded.

( )   Other:

                                            Sincerely

                                            [signature]

                                            L. Ice, Legal Instruments Examiner
                                            For: L. Lynn Harper
                                            **Acting Inmate Systems Manager**

2 Signed Record Copies - 1 Addressee, 1 - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section I);
Copy - Correctional Services Department

(This form may be reproduced via WP)                    (Replaces BP-394(58) dtd October 1988)