DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| United States Department of Justice<br>Attn: Deportation<br>620 E. 10th Avenue, Suite 102<br>Anchorage, AK 99501 | Federal Correction<br>Institution Elkton<br>P.O. Box 89<br>Elkton, OH 44415 |
|---|---|
|  | December 12, 2002 |
| Ref:<br>Lodging of Detainer | Inmate name:<br>Mora-Perez, Javier<br>DOB: 08-23-65<br>INS #A92 192 379<br>Citizenship: Mexico | Reg. No.<br>13130-006 |

The below checked paragraph relates to the above named inmate:

[ ]   This office is in receipt of the following report:  .  Will you please investigate this
      report and advise what disposition, if any, has been made of the case.  If subject is wanted
      by your department and you wish a detainer placed, it will be necessary for you to forward a
      certified copy of your warrant to us along with a cover letter stating your desire to have it
      lodged as a detainer, or indicate you have no further interest in subject.

[xx]  **A detainer has been filed against this subject in your favor charging possible deportation
      from the United States.  Release is tentatively scheduled for 04-06-2007.  A copy of
      your detainer was mailed to our local INS Office located in Cleveland, Ohio.**

[ ]   Enclosed is your detainer warrant.  Your detainer against the above named has been removed in
      compliance with your request.

[ ]   Your detainer warrant has been removed on the basis of the attached .  Notify this office
      immediately if you do not concur with this action.

[ ]   Your letter dated  requests notification prior to the release of the above named prisoner.
      Our records have been noted.  Tentative release date at this time is .

[ ]   I am returning your  on the above named inmate who was committed to this institution on  to
      serve  for the offense of .  If you wish your  filed as a detainer, please return it to us
      with a cover letter stating your desire to have it placed as a hold or indicate you have no
      further interest in the subject.

[xx] US INS, Attn: Deportation, 1240 E. 9th St., Cleveland, OH 44199

                                              Sincerely,

                                              Pam Steiner
                                         For: Constance J. Dixon
                                              Inmate Systems Manager

2 Signed Record Copies - 1 Addressee, 1 - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section I);
Copy - Correctional Services Department