ut of Justice
and Naturalization Service

# Immigration Detainer - Notice of Action

| | |
|---|---|
| File No. | A 92 192 379 |
| Date: | December 4, 2002 |

TO: (Name and title of institution)
Elkton FCI
PO BOX 89
Elkton, OH 44415

FROM: (INS office address)
USINS/DRO
620 E. 10th Avenue, Suite 102
Anchorage, AK 99501
(907)271-3106          FAX (907)271-1295

Name of alien: _____ Javier ____ MORA-Perez _____          BOP#13130-006

Date of birth: __08/23/1965__          Nationality: __Mexico__          Sex: __M__

## You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
      (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ .
                                                                                              (Date)

☐ Deportation or removal from the United States has been ordered.

### It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling local INS Office during business hours or _____ after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.  ☐ A self-addressed stamped envelope is enclosed for your convenience.  ☐ Please return a signed copy via facsimile to _____ .
                                                                                              (Area code and facsimile number)

Return fax to the attention of _____ , at _____
                              (Name of INS officer handling case)          (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____ .

_Chalene D Chang_                                    Deportation Officer
(Signature of INS official)                          (Title of INS official)

## Receipt acknowledged:

Date of latest conviction: __7-10-2000__    Latest conviction charge: __07-10-2000    PWITD Cocaine__

Estimated release date: __4-6-2007__

Signature and title of official: __P. Steiner NE__
                          __FCI EIK, OHIO__

Form I-247 (Rev. 4-1-97) N