DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  4:99-cr-27-JMF |
| Plaintiff, ) | |
| vs. ) | **OPPOSITION TO MOTION TO** |
| ) | **OPPOSE DEPORTATION** |
| JAVIER MORA PEREZ, ) | |
| Defendant. ) | |

Plaintiff, the United States of America, opposes the defendant's motion seeking an order of this Court to the Immigration and Naturalization Service (INS) to cease deportation proceedings against defendant.

The motion fails to allude to any authority which confers jurisdiction on this Court to enter the order requested. Defendant cites 8 U.S.C. § 1537 which is part

of Subchapter V relating to the special court for removal of alien terrorists. The cited statute has no application to defendant as his documents do not indicate that he has been classified as an alien terrorist. Nor does defendant suggest any other basis for this Court's jurisdiction to order defendant's normal deportation proceedings within INS to cease, or to enter any other order interfering in any manner with any phase of the administrative process of defendant's deportation.

WHEREFORE, defendant's motion seeking an order of this Court for INS to cease deportation proceedings under the Alien Terrorist Removal provisions of Title 8, United States Code, or under any other theory, should be denied.

RESPECTFULLY SUBMITTED this 7th day of February, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s//STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov
AK #6911028

**DECLARATION**

I declare under penalty of perjury that I caused a true and correct copy of the foregoing **OPPOSITION TO MOTION TO OPPOSE DEPORTATION** to be sent to the following on February 7, 2006, by U. S. Mail:

Javier Mora-Perez
Federal Registration Number 13130-006
Feder Correctional Institution Ray Brook
P. O. Box 9009
Ray Brook, New York 12977


s//STEPHEN COOPER
Office of the United States Attorney