RECEIVED
FEB 2 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Respondent,  )<br>                           )<br>v.                         )<br>                           )<br>JAVIER MORA-PEREZ,         )<br>            Petitioner.   ) | DOCKET NUMBER 4:99-CR-027-JMF<br><br>PETITIONER'S MOTION TO OPPOSE<br>GOVERNMENT'S OPPOSITION TO<br>MOTION TO OPPOSE DEPORTATION |

NOW COMES the Petitioner, Javier Mora-Perez, proceeding Pro se in the above captioned matter and respectfully submits this Opposition To The Government's Opposition To Oppose Deportation.

The Petitioner requests that this Honorable Court construe the Petitioner's Original Motion and this Response to the Government's Respinse liberally pursuant to Hanies v. Kerner, 404 U.S. 519 (1972).

Because of the fact that the Petitioner has limited access to law materials and some of the materials are damaged and torn, the Petitioner erree in his original Petition when he cited 8 U.S.C. § 1537. The Petitioner was not aware that it pertained to Alien terrorists, which the Petitioner is NOT.

After seeking assistance from a lew clerk, the Petitioner now seeks relief pursuant to 212(c) (Repealed), and now reestablished under 212(H)(3) ("Waiver" of deportation Order at or before Actual deportation Hearing).

The Government's only reply to the Petitioner's Original Brief is that the Petitioner erroneously cited 8 U.S.C. § 1537,

(1)

which does in fact, address Alien terrorists. What the government fails to do is address the "Meat and Potatoes" of the Petitioner's original Brief and that isd the fact that removal of the Petitioner will cause devastation to his family. The Petitioner has been in this country since he was 14 years old and has established a Lawful Marriage and has brought children into this world as a result of this Lawful Marriage. The Petitioner has maintained lawful employment while living in this country.

The Petitioner contends that, aside from his erroneous citing of 8 U.S.C. § 1537, the court should rule in favor of the Petitioner and should agree that deportation will cause serious hardships for the Petitioner but his family, who all live in the United States.

## CONCLUSION

For the reasons stated herein this response and stated in the Petitioner's original brief, the Petitioner should be allowed to remain in this country and NOT be deported, so that he can continue to raise and support his family according to the laws as set forth in the United States Of America.

Respectfully Submitted,

Javier Mora-Perez
Federal Register Number 13130-006
Federal Corr. Inst. Ray Brook
Post Office Box 9002
Ray Brook, New York 12977

DATED: 02 22 06
_____, 2006

(2)

CERTIFICATE OF SERVICE

I, Javier Mora-Perez, do hereby certify that I have served a true copy of the aforementioned response to the Government's Opposition to the following offices vis first class mail via pre-paid postage to the following:

STEPHEN COOPER. A.U.S.A.
FEDERAL BUILDING AND U.S. COURTHOUSE
101 12 AVENUE, ROOM 310
FAIRBANKS, AK 99701

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
222 W. SEVENTH AVENUE
ANCHORAGE, AK 99701

U.S. IMMIGRATION AND NATURALIZATION
1240 E. 9TH STREET
ROOM 1917
CLEVELAND OHIO 44199


SINCERELY,

*Javier Mora Perez*
_____
JAVIER MORA-PEREZ

THIS DOCUMENT IS TRUE AND SIGNED PURSUANT TO 28 U.S.C. § 1746