## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   JAVIER MORA-PEREZ

THE HONORABLE JAMES M. FITZGERALD

DEPUTY CLERK                                  CASE NO. 4:99-cr-00027-JMF

Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: March 30, 2006

On February 6, 2006, Javier Mora-Perez, a federal prisoner incarcerated in Ohio, filed a motion opposing "any/all deportation proceedings pending against [him]."[1] The Government filed an opposition, arguing that this Court has no jurisdiction to address Mr. Perez's deportation proceedings.[2]

Mr. Perez cites a provision of the Alien Terrorist Removal Procedures to support his position that this Court may stop such proceedings.[3] However, the Government is correct in stating that this law does not apply to Mr. Perez.[4]

Mr. Perez appealed, and this Court's judgment was affirmed in 2001.[5] The case has since been closed.[6] The Court is unaware of any jurisdiction it would have over the current Ohio deportation proceedings. Therefore, Mr. Perez's motion must be DENIED.

IT IS SO ORDERED.

---

[1] Docket No. 71 at 1.

[2] *See* Docket No. 72.

[3] *See* Docket No. 71 at 2-3.

[4] *See* 8 U.S.C. § 1531, referencing § 1227(a)(4)(B), referencing § 1182(a)(3)(B)(terrorist activities), and (F)(terrorist organizations).

[5] See Docket Nos. 59, 68.

[6] It is now too late to file a motion under 28 U.S.C. § 2255, which contains a one-year limitations period.

[U.S. v. Mora Perez, 99 cr 00027.wpd]{IA.WPD*Rev.12/96}